FILED

10/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0381

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0381

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CHRISTOPHER LAPOINTE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, the Appellee is granted an extension of time to and including November 16, 2024, within which to prepare, file, and serve the Appellee's response brief.

CLG

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 18 2024